JULIAN C. SMITH, d. b., *vs.* JOSEPH P. FRYLING, p. b.

*Justice of the Peace—Certiorari—Forthwith Summons—Affidavit ;*
*Insufficiency of—Statute.*

The record of the Justice showed that " the plaintiff appears, June 16, 1903, and files his affidavit according to law, demanding " etc.  *Held,* that upon such affidavit the Justice was not authorized to issue a summons for the defendant's appearance forthwith.

(*April 12, 1905.*)

LORE, C. J., and SPRUANCE and BOYCE, J. J., sitting.

*John M. Richardson* for plaintiff.

*Frank M. Jones* for defendant.

Superior Court, Sussex County, April Term, 1905.

CERTIORARI to a judgment of a Justice of the Peace.

The record of the Justice showed that " the plaintiff appears, June 16, 1903, and files his affidavit according to law, demanding $17.25."

Among the exceptions filed to the record was the following :

" *First.*   That the record shows that a summons was issued by said Justice returnable forthwith, without showing that the plaintiff's application for said summons was accompanied by the affidavit required by statute, namely, that there was danger of losing the benefit of his process by delay."

LORE, C. J.:—We reverse the judgment on the first exception.

Judgment below reversed.